UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHEILA FRATICELLI,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 2569 (ARR)
　　　　　　　　　　Plaintiff,

　-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,


　　　　　　　　　　Defendant.
-------------------------------------------------------------------X

　　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 18, 2005, denying the defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion; reversing the Commissioner's decision; and remanding the case for further proceedings consistent with the Court's Opinion and Order dated May 18, 2005; it is

　　　　ORDERED and ADJUDGED that the defendant's motion for judgment on the pleadings is denied; that plaintiff's cross-motion is granted; that the Commissioner's decision is reversed; and that the case is remanded for further proceedings consistent with the Court's Opinion and Order dated May 18, 2005.


Dated: Brooklyn, New York
　　　　May 19, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court